# Exhibit 6

U.S. Patent No. 9,711,127

Title: Multi-sensor signal optimization for speech communication

Accused Instrumentality: Phonak Audeo Lumity (L90)

| Claim Language | Accused Instrumentality |
|---|---|
| 1. A system comprising:<br><br>a sensor component including acoustic sensors configured to detect sound and generate, based on the sound, first sound information that has been generated by a first sensor of the acoustic sensors and second sound information that has been generated by a second sensor of the acoustic sensors; and | The Phonak Audeo Lumity (L90) comprises a sensor component including acoustic sensors configured to detect sound and generate, based on the sound, first sound information that has been generated by a first sensor of the acoustic sensors and second sound information that has been generated by a second sensor of the acoustic sensors.<br><br>The Phonak Audeo Lumity (L90) comprises a multi-microphone array (“acoustic sensors configured to detect sounds and generate, based on the sound” sound information) on each device. The microphones capture environmental audio to generate independent “first” and second” sound data streams for binaural processing. |

<table>
<tr><th>Claim Language</th><th>Accused Instrumentality</th></tr>
<tr><td></td><td>


<br>
https://www.phonak.com/en-us/hearing-devices/hearing-aids/audeo-lumity
</td></tr>
</table>

| Claim Language | Accused Instrumentality |
|---|---|
| | PHONAK life is on<br>**How it works**<br>AutoSense OS 5.0 continuously scans the environment to adjust the hearing aids to meet the needs of the wearer. Depending on the situation, Phonak hearing aids have a variety of programs that can be activated to optimize hearing in noise by reducing listening effort[1], improving speech understanding[1], and increasing environmental awareness.<br>**Products that feature Directionality & Noise Reduction**<br>**Audeo Lumity →**<br>**Main features**<br>• Dynamic Noise Cancellation is a spatial noise canceller that works in combination with directional microphones to make it easier to hear in noise.[1]<br>• Motion Sensor Hearing detects when the wearer is moving to optimize hearing in noise on the go.<br>• SpeechSensor detects the main speech source and adjusts the microphone mode accordingly to ensure better access to speech from the sides and back.[1]<br>• StereoZoom 2.0 is a binaural adaptive directional microphone system that offers greater focus on speech from the fro noisy environments.<br><br>https://www.phonak.com/en-int/professionals/innovations#accordion-3d9c727f99-item-e9da3bed89 |

| Claim Language | Accused Instrumentality |
|---|---|
| | PHONAK life is on \| Audiology Blog    Topics    Theory to Practice    Authors    Phonak.com    Contact \| EN DE \|<br><br>**3 real-world benefits of Phonak directionality and noise reduction features:**<br><br>1. **Improved speech understanding in noise –** Whether speech comes from the front, side or behind (e.g., watching a sports game and a friend sitting next to you is talking), directionality and noise reduction features help.<br>2. **Reduced listening effort in noise –** The spatial noise cancellation system works in combination with directional microphones to reduce listening effort in noise.<br>3. **Increased environmental/spatial awareness –** Directionality and noise reduction features provide more spatial awareness from both sides, even when in noise.<br><br>The first directional microphone systems introduced were fixed. Over the years, technological advances led to the development of adaptive and multi-channel directional microphone systems.<br><br>Innovations in wireless transmission technology also enabled linking of the 4 microphones across two hearing aids to create a binaural beamformer.<br><br>https://audiologyblog.phonakpro.com/directionality-and-noise-reduction-features-3-real-world-problems-they-solve/<br><br>The Phonak Sudeo Lumity uses multiple microphones to capture audio information, which is then digitized via onboard A/C converters. |
| an audio processing component configured to:<br><br>determine, based on the first sound information and the second sound information, estimates | The Phonak Audeo Lumity (L90) comprises an audio processing component configured to determine, based on the first sound information and the second sound information, estimates of respective impacts of wind noise on the first sensor and the second sensor.<br><br>The Lumity platform uses AutoSense OS 5.0 and the PRISM processor to analyze and optimize sound. The Phonak Audeo Lumity is configured to estimate the impact of wind noise on its sensors through the "Speech in Wind" and "WindBlock" algorithms. |

| Claim Language | Accused Instrumentality |
| --- | --- |
| of respective impacts of wind noise on the first sensor and the second sensor; and | **Processing Technology and Features**<br><br>Phonak hearing aids offer double the memory and more connectivity possibilities while using low power consumption thanks to their Processing Real-time Intelligent Sound Management (PRISM) chip.<br><br>Thirty models of hearing aids and 20 wireless accessories for hearing aids are available from Phonak in order to cover all types and severities of hearing loss. The company was the first to offer universal Bluetooth compatibility and extended-wear Lyric hearing aids.<br><br>Better hearing in noisy environments, reduced wind noise, and enhanced phone conversations are all possible thanks to their Binaural VoiceStream TechnologyTM.<br><br>Phonak's ultra-low power motion tri-axial accelerometer makes them easier to use and enhances hearing performance using directionality and noise reduction, SoundRecover2, and Speech Enhancer with lower battery consumption.<br><br>https://thehearingcentermcc.com/manufacturers/phonak-hearing-aids |

| Claim Language | Accused Instrumentality |
| --- | --- |
| | **The hardware behind Lumity**<br>**Sound processing chip PRISM™** — **Motion sensor**<br><br><br>PRISM (Processing Real-time Intelligent Sound Management) chip features double the memory and more connectivity possibilities with low power consumption than its predecessor.<br>Ultra-low power tri-axial accelerometer supports new connectivity and hearing performance features. The sensor has an industry-leading balance of high performance and low power consumption.<br>Chat<br>https://onlinehearing.com/products/phonak-audeo-l-312-lumity-l90-hearing-aids-stream-android-iphone#:~:text=Sound%20processing%20chip%20PRISM%E2%84%A2,power%20consumption%20than%20its%20predecessor. |

| Claim Language | Accused Instrumentality |
|---|---|
| |   https://www.phonak.com/en-sg/hearing-devices/hearing-aids/audeo-lumity |

| Claim Language | Accused Instrumentality |
|---|---|
| | <br><br>https://www.phonakpro.com/il/en/products/hearing-aids/audeo-lumity/features-audeo-lumity.html<br><br>WindBlock system is a wind identification system to reduce “scratchy” sounds which requires an estimate of noise impact on each specific sensor. |

| Claim Language | Accused Instrumentality |
|---|---|
| | <br>https://www.phonakpro.com/il/en/products/hearing-aids/audeo-lumity/features-audeo-lumity.html<br><br><br>PHONAK hearing systems<br><br>https://www.dannhearing.com/website/publish/products/phonakDetail.php?118#:~:text=Suppresses%20Wind%20Noise%20to%20Enjoy,enjoy%20the%20outdoors%20without%20compromise. |

| Claim Language | Accused Instrumentality |
|---|---|
| generate output sound information based on the estimates of the respective impacts of the wind noise, a spatial filter associated with the acoustic sensors, and a proportionally weighted combination of processes, | The Phonak Audeo Lumity (L90) comprises an audio processing component that is also configured to generate output sound information based on the estimates of the respective impacts of the wind noise, a spatial filter associated with the acoustic sensors, and a proportionally weighted combination of processes.<br><br>The Lumity processor generates an optimized audio output by blending signals from the sensors and the beamformer based on their respective SNRs. The system uses "proportional mixing" (weighted combination) and a spatial filter (StereoZoom 2.0) to generate the final output.<br><br>For example, StereoZoom 2.0 acts as the spatial filter focused towards front. AutoSense OS performs "proportional mixing" to create over 200 unique setting combinations based on noise conditions.<br><br>PHONAK life is on \| Audiology Blog   Topics   Theory to Practice   Authors   Phonak.com   Contact \| EN   DE \|<br><br>**What makes Phonak directionality and noise reduction features special?**<br><br>• **SpeechSensor**<br>This automatic feature accurately detects the direction of speech to better understand speech from the side or back in noisy environments. A study showed 15% better speech understanding with SpeechSensor when speech is from the side/behind.[3]<br>• **StereoZoom 2.0**<br>This feature improves focus in noise or spatial awareness depending on the environment. It is a narrow binaural directional microphone mode launched with Phonak Audéo Lumity. A study showed 16% better speech understanding with StereoZoom 2.0, relative to fixed directional, for speech coming from the front.[3]<br>• **Motion Sensor Hearing (MSH)**<br>This feature uses a 3D motion sensor that detects movement and supports speech understanding in challenging environments (e.g., noisy), when on the move. A study compared the experience of a short walk with a conversation partner along a busy street, with and without MSH.[4] They found that 73% preferred MSH for speech understanding, 78% for environmental awareness and 71% for overall listening experience.<br>• **Dynamic Noise Cancellation**<br>This spatial noise cancellation system works in combination with directional microphones. This feature has been found to reduce listening effort in noise.[5] |

| Claim Language | Accused Instrumentality |
|---|---|
| | https://audiologyblog.phonakpro.com/directionality-and-noise-reduction-features-3-real-world-problems-they-solve/<br><br>can be combined simultaneously. Due to proportional mixing of programs, AutoSense OS has the ability to activate over 200 unique and audibly different hearing aid settings.<br><br>https://www.phonak.com/content/dam/phonak/en/evidence-library/journal-article/autosense_os_hearing_review.pdf<br><br>**Key Features**<br><br>**AutoSense OS 5.0**<br><br>At the heart of Lumity's advanced technology is AutoSense OS 5.0. This new operating system within the hearing aid leverages machine learning to scan and identify the listener's environment 700 times per second. AutoSense OS 5.0 adjusts more than 200 settings to match the user's exact sound environment every 0.4 seconds, offering an enhanced hearing experience.<br><br>**StereoZoom 2.0**<br><br>StereoZoom 2.0, Phonak's directional microphone technology, is another notable feature of Lumity. It focuses the microphones of the hearing aids forward, allowing the user to hear what they are looking at when in a noisy environment. The beamformer adjusts to the noise around the user, activating gradually for smoother and more effective noise reduction. It is 16% easier to understand speech with this feature compared to previous versions.<br><br>https://livebetterhearing.com/hearing-aids/phonak-lumity |

| Claim Language | Accused Instrumentality |
|---|---|
| | PHONAK life is on \| Audiology Blog Topics Theory to Practice Authors Phonak.com Contact \| EN DE \|<br>**3 real-world benefits of Phonak directionality and noise reduction features:**<br>1. **Improved speech understanding in noise –** Whether speech comes from the front, side or behind (e.g., watching a sports game and a friend sitting next to you is talking), directionality and noise reduction features help.<br>2. **Reduced listening effort in noise –** The spatial noise cancellation system works in combination with directional microphones to reduce listening effort in noise.<br>3. **Increased environmental/spatial awareness –** Directionality and noise reduction features provide more spatial awareness from both sides, even when in noise.<br>The first directional microphone systems introduced were fixed. Over the years, technological advances led to the development of adaptive and multi-channel directional microphone systems.<br>Innovations in wireless transmission technology also enabled linking of the 4 microphones across two hearing aids to create a binaural beamformer.<br>https://audiologyblog.phonakpro.com/directionality-and-noise-reduction-features-3-real-world-problems-they-solve/ |
| wherein a first process of the proportionally weighted combination of processes is proportional to a first signal-to-noise ratio (SNR) for the first sound information, wherein a second process of the proportionally weighted combination of processes is proportional to a second SNR for the | The signal selection and suppression logic is driven by comparing the SNRs of the raw microphone inputs and the beamformer output. The "Speech in Wind" algorithm calculates suppression factors "in relation to the SNR" of the respective paths and utilizes the signal with the "best signal-to-noise ratio" to produce the output. |

| Claim Language | Accused Instrumentality |
| --- | --- |
| second sound information, wherein a third process of the proportionally weighted combination of processes is proportional to a third SNR of beamforming information that has been computed using the first sound information, the second sound information, and spatial information corresponding to the spatial filter, and wherein the beamforming information is associated with a beam corresponding to a predetermined angle associated with positions of the first sensor and the second sensor. | The new binaural wind noise suppression algorithm from Phonak, called Speech in Wind, is designed to solve both problems: the reliability of detection is increased, while the filtration of wind noise is more intelligent, which also improves speech intelligibility.<br><br>Detection. In former wind-noise algorithms, the detection criteria were based on the analysis of the sound pressure levels at low frequencies. The new detection system in the new Phonak Quest hearing aid platform also can analyze the microphone signals of the dual-microphone system. If the system, when analyzing a defined period at certain frequencies, sees that no correlation can be established between the noise level and the phase of both signals, then wind can be assumed to be the cause. Additionally, the ratio between certain frequency components is analyzed to find out how strong the wind is. Within a few seconds, the two results trigger the required noise suppression, depending on the level of wind noise.<br><br>Suppression. In addition to the wind noise suppression feature, which is already available, the new system calculates the suppression factor in relation to the SNR, which in turn is based on the difference between the estimated wind noise level and the target signal level. If the target signal level of the new wind-suppression system is higher than the level of the wind noise, the suppression will be reduced. This ensures that the speech components of the input signal are not adversely affected, thus increasing both comfort and intelligibility in windy situations.<br><br>https://hearingreview.com/hearing-products/concepts-for-binaural-processing-in-hearing-aids |

| Claim Language | Accused Instrumentality |
|---|---|
| | The new binaural wind noise suppression system also takes into account the total wind noise levels measured. This makes use of the detector frequencies, which then provide information about the strength of the wind noise. Based on the established values, suppression is then controlled, so that attenuation is reduced when the wind noise is low or increased when the wind noise is high.<br><br>Improving speech intelligibility. Suppressing wind noise makes it more pleasant to wear hearing aids in a windy environment, but does not generally improve speech intelligibility in such an environment. So it is important not only to create a more pleasant perception, but also to increase speech understanding in a windy environment.<br><br>For this reason, the binaural wind-noise suppression algorithm, Speech in Wind, is based on the "better ear principle," which uses preferentially that signal with the better SNR while taking advantage of the head shadow effect. This novel algorithm transfers the information on the wind-noise level independently detected in each hearing aid to the other side via the wireless link and compares both parameters.<br><br>In the case where the parameters have almost the same values, the system remains inactive; it assumes a symmetrical wind noise situation and only the monaural wind-noise suppression is activated in each hearing aid separately.<br><br>https://hearingreview.com/hearing-products/concepts-for-binaural-processing-in-hearing-aids<br><br>The system compares the SNR of the "first sound information" (mic 1), the "second sound information" (mic 2), and the "beamforming information" (from the spatial filter) to determine the proportional weight of each in the final output sound.<br><br>"**wherein the beamforming information is associated with a beam corresponding to a predetermined angle associated with positions of the first sensor and the second sensor.**" |

| Claim Language | Accused Instrumentality |
|---|---|
| | **StereoZoom**<br><br>StereoZoom (SZ) is a binaural beamformer with an adaptive null that utilizes the four-microphone array of a binaural fitting to create a narrower beam compared to a monaural beamformer. This narrow focus improves speech intelligibility in loud noise for speech from front. The combined effect of an even narrower beam and an adaptive null allows speech recognition to be maximized in the presence of diffuse as well as localized sound sources (Stewart et al., 2019). A number of studies have demonstrated better speech intelligibility with SZ compared to other beamforming technologies in Phonak devices (Appleton & König, 2014, Picou et al., 2014) and competitor devices (Latzel & Appleton-Huber, 2015). Improvements in listening effort and memory effort with SZ compared to RES have also been found (Winneke et al., 2020). Additionally, the use of SZ over a fixed directional beamformer approach has shown an increase in overall communication and less leaning in towards the talker (Schulte et al., 2018).<br><br>The performance of these different beamformers can be measured when the talker moves around the listener (Fig.1). The output hearing aid was recorded and the SNR can be calculated using the inversion technique (Hagerman & Olofsson, 2004). These measurements show the benefit of the narrow beamformer (SZ) when the talker is placed in front of the listener. However, the hearing aid output SNR is much better with wider beamformers like Fixed Directional or RES when the talker is located to the side or back.<br><br>https://www.scribd.com/document/922990458/PH-FieldStudyNews-LumityDirectionalBeamforming-210x297-EN-028-2475-02-V1-00 (pg. 2) |

| Claim Language | Accused Instrumentality |
| --- | --- |
| | More access to sound not only provides clarity but reduces listening effort (Hornsby, 2013, Picou et al., 2013; Pichora-Fuller & Singh, 2006). However, directionality has the potential to interfere with the users' ability to maintain awareness of their listening environment and their ability to shift attention to other sound sources in the environment (Jespersen et al., 2021). It is therefore very important to be able to select the microphone mode depending on the acoustic environment. Two new features, StereoZoom 2.0 and SpeechSensor, now in Phonak Audéo Lumity hearing aids, aim to resolve the outstanding challenges of (1) maintaining more spatial awareness or speech focus depending on the listening environment; (2) the ability to listen to speech coming from a direction other than the front.<br><br>**StereoZoom 2.0**<br>StereoZoom 2.0 (SZ 2.0) shown in Fig. 2, which replaces SZ from previous generations, is a narrow binaural directional microphone mode, active in the Speech in Loud Noise program. Compared to SZ, there is now a gradual transition from Speech in Noise (UltraZoom) into Speech in Loud Noise (SZ 2.0) for a smoother switch between listening programs. The strength of SZ 2.0 is also level-dependent with the aim to maintain more spatial awareness at lower noise levels and better speech focus at higher noise levels. The client can now personalize this beamformer mode via the myPhonak app.<br><br>level increases.<br><br>**SpeechSensor**<br>Walden et al. (2004) evaluated the responses of hearing aid users who tracked signals and noise over a 4-week period. They reported that 80% of the time, signals came from the front and 20% came from another direction. Therefore, clients may not be looking directly at the speaker in a substantial number of listening situations (Hayes, 2019). The main benefit of SZ is achieved when speech comes from the front as hearing aid users tend to look in the direction of the talker. However, Walden et al.'s research shows that this is not always the case. SpeechSensor (Fig. 3) automatically detects where the dominant speaker is located and sends this information to AutoSense OS 5.0, the automatic classification system in Phonak hearing aids, to adjust the directional microphone mode accordingly. If the speech comes from the left/right a Fixed Directional beamformer is triggered. When the speech originates from behind Real Ear Sound is activated, and if the speech comes from the front SZ 2.0 is used.<br><br>https://www.scribd.com/document/922990458/PH-FieldStudyNews-LumityDirectionalBeamforming-210x297-EN-028-2475-02-V1-00 (pg.3) |

| Claim Language | Accused Instrumentality |
| --- | --- |
| | PHONAK life is on \| Audiology Blog Topics Theory to Practice Authors Phonak.com Contact \| EN DE \|<br><br>**What makes Phonak directionality and noise reduction features special?**<br><br>• **SpeechSensor**<br>This automatic feature accurately detects the direction of speech to better understand speech from the side or back in noisy environments. A study showed 15% better speech understanding with SpeechSensor when speech is from the side/behind.[3]<br>• **StereoZoom 2.0**<br>This feature improves focus in noise or spatial awareness depending on the environment. It is a narrow binaural directional microphone mode launched with Phonak Audéo Lumity. A study showed 16% better speech understanding with StereoZoom 2.0, relative to fixed directional, for speech coming from the front.[3]<br>• **Motion Sensor Hearing (MSH)**<br>This feature uses a 3D motion sensor that detects movement and supports speech understanding in challenging environments (e.g., noisy), when on the move. A study compared the experience of a short walk with a conversation partner along a busy street, with and without MSH.[4] They found that 73% preferred MSH for speech understanding, 78% for environmental awareness and 71% for overall listening experience.<br>• **Dynamic Noise Cancellation**<br>This spatial noise cancellation system works in combination with directional microphones. This feature has been found to reduce listening effort in noise.[5]<br><br>https://audiologyblog.phonakpro.com/directionality-and-noise-reduction-features-3-real-world-problems-they-solve/<br><br>The system utilizes a "spatial filter" (the SteroZoom 2.0 binaural beamforming algorithm) to create a directional audio signal (beamforming information). This beam is associated with a predetermined angle focused on the primary speaker, typically in front of the user. This spatial filter produces "beamforming information" which has its own calculated signal-to-noise ratio based on its effectiveness in suppressing off-axis noise. |