# Exhibit 7

U.S. Patent No. 9,871,496

Title: Personalized adjustment of an audio device

Accused Instrumentality: Phonak Audeo Lumity (L90)

| Claim Language | Accused Instrumentality |
| --- | --- |
| 1. A system comprising:<br><br>a memory that stores computer-executable components; and | The Phonak Audeo Lumity (L90)) comprises a memory that stores computer-executable components.<br><br>The Phonak Audeo Lumity (L90)) comprises digital audiological system comprising a processor, memory, and multi-microphone hardware. Additionally, the Phonak Audeo Lumity (L90) contains integrated EEPROM/Flash memory configured to store firmware, algorithms, and tuning parameters.<br><br><br><br>https://www.phonak.com/en-us/hearing-devices/hearing-aids/audeo-lumity |

| Claim Language | Accused Instrumentality |
| --- | --- |
| | **Processing Technology and Features**<br>Phonak hearing aids offer double the memory and more connectivity possibilities while using low power consumption thanks to their Processing Real-time Intelligent Sound Management (PRISM) chip.<br>Thirty models of hearing aids and 20 wireless accessories for hearing aids are available from Phonak in order to cover all types and severities of hearing loss. The company was the first to offer universal Bluetooth compatibility and extended-wear Lyric hearing aids.<br>Better hearing in noisy environments, reduced wind noise, and enhanced phone conversations are all possible thanks to their Binaural VoiceStream TechnologyTM.<br>Phonak's ultra-low power motion tri-axial accelerometer makes them easier to use and enhances hearing performance using directionality and noise reduction, SoundRecover2, and Speech Enhancer with lower battery consumption.<br>https://thehearingcentermcc.com/manufacturers/phonak-hearing-aids<br><br>**The hardware behind Lumity**<br>Sound processing chip PRISM™    Motion sensor<br>   <br>PRISM (Processing Real-time Intelligent Sound Management) chip features double the memory and more connectivity possibilities with low power consumption than its predecessor.<br>Ultra-low power tri-axial accelerometer supports new connectivity and hearing performance features. The sensor has an industry-leading balance of high performance and low power consumption.<br>Chat<br>https://onlinehearing.com/products/phonak-audeo-l-312-lumity-l90-hearing-aids-stream-android-iphone#:~:text=Sound%20processing%20chip%20PRISM%E2%84%A2,power%20consumption%20than%20its%20predecessor. |

| Claim Language | Accused Instrumentality |
|---|---|
| | **How it works**<br>AutoSense OS has been trained with artificial intelligence-based machine learning to accurately identify a sound environment. It orchestrates the numerous comfort and speech understanding features in Lumity to adapt to the listener's personal sound environment.<br>**Products that feature AutoSense OS 5.0**<br>Audeo Lumity →<br>**Main features**<br>• Maintains natural sound of speech<br>• Adapts to different environments to help focus on conversations<br>• Improves the listening experience when streaming media<br>https://www.phonak.com/en-sg/professionals/innovations#accordion-35c5a5b17d-item-11eeaa1317 |
| a processor, communicatively coupled to the memory, that executes or facilitates execution of the computer-executable components, the computer-executable components comprising: | The Phonak Audeo Lumity (L90) comprises a processor, communicatively coupled to the memory, that executes or facilitates execution of the computer-executable components, the computer-executable components.<br><br>The Phonak Audeo Lumity (L90) is powered by the PRISM and ERA processors which execute the AutoSense OS 5.0 operating system. |

| Claim Language | Accused Instrumentality |
| --- | --- |
| | AutoSense OS™ is the automatic classification system in Phonak hearing aids.<br><br>Using artificial intelligence-based machine learning, AutoSense OS constantly scans the environment 700 times per second to create over 200 unique combinations by adaptively activating a host of features.<br><br>This means that your client's hearing aids will activate the optimal settings if they are in a quiet place, if they are speaking to someone in a noisy place or even if there is some reverberant noise around them. All without the need to manually adjust the hearing aids.<br><br>**3 real-world benefits of AutoSense OS**<br><br>1. **Maintains natural sound of speech** – Dual path compression is available and activated where required (i.e., for speech in noise and media streaming), in order to maintain the natural modulations of speech.<br>2. **Adapts to different environments to help people focus on conversations** – The operating system activates optimal settings of features, no matter where your client is. For example, when there is noise around them and speech is coming from the front, it automatically switches into StereoZoom to create a narrow beam so your clients can focus on the person speaking to them.<br>3. **Improves the listening experience when streaming media –** When it comes to streaming media, AutoSense OS is the only automatic system that can classify streamed music from streamed speech. This means that media signals are assessed for the presence of music vs 'non-music' (or speech), and settings are automatically adjusted accordingly to improve the listening experience.<br><br>https://audiologyblog.phonakpro.com/autosense-os-3-real-world-problems-it-solves/ |

| Claim Language | Accused Instrumentality |
|---|---|
| | **AutoSense OS: What makes it special?**<br>AutoSense OS is founded on over 2 decades of continuous innovation in machine learning using real-world sound recordings. It orchestrates the numerous comfort and speech understanding features in Phonak hearing aids to adapt to a hearing aid wearer's personal environment.<br><br>The algorithms allow the system to learn the most appropriate settings in a broad range of acoustical environments. It then classifies sound to automatically adjust (and blend) the settings, depending on the environment.<br><br>The latest operating system, AutoSense OS 5.0, has further improvements in speech understanding and comfort.<br><br>As your clients move through different listening environments throughout the day, it is important to have an automatic operating system that can adapt and deliver a seamless listening experience, with speech understanding and comfort in mind.<br><br>https://audiologyblog.phonakpro.com/autosense-os-3-real-world-problems-it-solves/ |
| a selection component configured to select an audio signal associated with speech data from a set of audio signals associated with a set of audio beams; and | The Phonak Audeo Lumity (L90) comprises computer-executable components comprising a selection component configured to select an audio signal associated with speech data from a set of audio signals associated with a set of audio beams.<br><br>The Lumity platform includes the SpeechSensor algorithm and StereoZoom 2.0 suite. The SpeechSensor “detects the main speech source” and “adjusts its microphone modes” to select the optimal directional signal from a plurality of possible beams (front, side, or back). |

| Claim Language | Accused Instrumentality |
| --- | --- |
| | **StereoZoom 2.0**<br>Imagine trying to focus on a conversation in a noisy place when you are tired; the effort can be draining. The new StereoZoom 2.0 in Lumity intelligently adapts the strength of focus as the level of noise increases. You can even adjust the focus strength of StereoZoom 2.0, to your preference and in real time via the Speech Focus slider in myPhonak app. This extra focus can lead to 2.5 dB better signal-to-noise ratio.***<br><br>**SpeechSensor**<br>SpeechSensor is an algorithm that detects the direction from which the main speech signal is coming from. The real life benefit means you can understand speech 15% better when speech is from the side/rear in addition to 11% reduced listening effort.****<br><br>https://www.phonak.com/en-us/hearing-devices/hearing-aids/audeo-lumity<br><br>PHONAK life is on \| Audiology Blog — Topics · Theory to Practice · Authors · Phonak.com · Contact \| EN DE<br>**What makes Phonak directionality and noise reduction features special?**<br>• SpeechSensor<br>This automatic feature accurately detects the direction of speech to better understand speech from the side or back in noisy environments. A study showed 15% better speech understanding with SpeechSensor when speech is from the side/behind.[3]<br>• StereoZoom 2.0<br>This feature improves focus in noise or spatial awareness depending on the environment. It is a narrow binaural directional microphone mode launched with Phonak Audéo Lumity. A study showed 16% better speech understanding with StereoZoom 2.0, relative to fixed directional, for speech coming from the front.[3]<br>• Motion Sensor Hearing (MSH)<br>This feature uses a 3D motion sensor that detects movement and supports speech understanding in challenging environments (e.g., noisy), when on the move. A study compared the experience of a short walk with a conversation partner along a busy street, with and without MSH.[4] They found that 73% preferred MSH for speech understanding, 78% for environmental awareness and 71% for overall listening experience.<br>• Dynamic Noise Cancellation<br>This spatial noise cancellation system works in combination with directional microphones. This feature has been found to reduce listening effort in noise.[5]<br><br>https://audiologyblog.phonakpro.com/directionality-and-noise-reduction-features-3-real-world-problems-they-solve/ |

<table>
<tr><th>Claim Language</th><th>Accused Instrumentality</th></tr>
<tr><td></td><td>


https://www.phonakpro.com/il/en/products/hearing-aids/audeo-lumity/features-audeo-lumity.html
<br><br>


https://www.phonakpro.com/il/en/products/hearing-aids/audeo-lumity/features-audeo-lumity.html
<br><br>


https://www.phonakpro.com/il/en/products/hearing-aids/audeo-lumity/features-audeo-lumity.html
<br><br>
SpeechSensor provides 360-degree detection and sends information to the processor to “select” the correct microphone configuration (beam) based on the detected “speech data.”
</td></tr>
</table>

| Claim Language | Accused Instrumentality |
|---|---|
| a noise suppression component configured to adjust the audio signal selected from the set of audio signals, and associated with the speech data based on a digital transformation that employs first tuning data generated according to a tuning process associated with a first user identity and performed via a user interface of a device, and second tuning data generated based on a defined tuning value associated with a second user identity that is different than a first user identity. | The Phonak Audeo Lumity (L90) comprises computer-executable components comprising a noise suppression component configured to adjust the audio signal selected from the set of audio signals, and associated with the speech data based on a digital transformation that employs first tuning data generated according to a tuning process associated with a first user identity and performed via a user interface of a device, and second tuning data generated based on a defined tuning value associated with a second user identity that is different than a first user identity.<br><br>The Lumity platform utilizes Dynamic Noise Cancellation and AutoSense OS to adjust audio signals across 20 filter bands based on both custom and factory tuning data. The system uses “first tuning data” (the user’s audiogram/Global Tuning) and “second tuning data (factory APD 3.0 formula/AutoSense presets) to shape the final noise suppression output.<br><br>Phonak<br>Step-by-step Guide.<br><br>Fitting hearing aids in<br>Phonak Target fitting software<br><br>The Phonak Target fitting software is intended to be used by qualified hearing care professionals to configure, program, and fit hearing aids to client-specific requirements. This guide provides detailed information on how to navigate a hearing aid fitting in Phonak Target 10.0 and older.<br><br>PH_DesktopFittingGuide_Target-10.0-Step-by-step_210x297_EN_029-1387-02.pdf (pg 1) |

| Claim Language | Accused Instrumentality |
| --- | --- |
| | **Fitting**<br><br><br>**Feedback & real ear test**<br>The feedback measurement test is only available when hearing aids are connected. It is recommended to perform the feedback and real ear test at the first fitting appointment or when acoustics are changed. The test can be run in both ears consecutively or one ear at a time. The test combines the individual feedback threshold, characteristics of the client's ear canal and the acoustic parameter settings for a more accurate fitting calculation. The feedback measurement is also used to provide a more accurate default setting for some features.<br><br>This measured feedback threshold is visually represented in Phonak Target as a solid purple line.<br><br>The estimated feedback threshold is an estimation that in most clients' environments they will not experience feedback under everyday conditions. It is visually represented as a dotted purple line. The estimated feedback threshold does not take into account the individualized ear acoustics as it is only estimated based upon the information entered into Target.<br><br>The feedback test cannot be performed during a Phonak Remote Support session.<br><br>If the feedback measurements indicate too much leakage and this is impacting the amount of gain you are able to provide, the recommendation is to change the dome or venting so that there is less leakage. Then re-run the feedback test.<br><br>**Feedback threshold overtuning**<br>Overtuning allows further flexibility and control when adjusting the feedback threshold. With overtuning you can find the optimal balance between achieving more high frequency gain in order to reach prescribed targets without introducing artifacts. Feedback threshold overtuning applies to Paradise hearing aids and newer.<br><br>The feedback threshold can be increased in step sizes of one or three until reaching the maximum gain limit of the hearing aid. The step size is not provided in decibel units, but corresponds to the number of overtuning steps you have in total to reach the maximum gain limit.<br><br>The maximum gain that can be reached is 12 dB. Information on the additional gain applied can be seen in the gray or green banner above the curve display.<br><br>PH_DesktopFittingGuide_Target-10.0-Step-by-step_210x297_EN_029-1387-02.pdf (pg 10) |

<table>
<tr><th>Claim Language</th><th>Accused Instrumentality</th></tr>
<tr><td></td><td>

**Connect the hearing aids**
Within the client's fitting session confirm that the correct fitting interface is shown. To change the fitting device, use the drop down arrow next to the fitting device in the dashboard.

Click [Connect] to start the fitting. The connected hearing aids will appear in the dashboard.




If a hearing aid is not found, open/close the battery door or turn off/on the rechargeable hearing aids to initiate pairing mode.

With NOAHLink Wireless/NOAHLink Wireless 2 only, press the multifunction button on the hearing aid to highlight it in the list when multiple hearing aids are available or to confirm the side to assign to a client. Hearing aids which have been previously fitted together are identified as a linked pair.

**Automatic selection of experience level**
Phonak Target automatically pre-selects the experience level for new fittings using Adaptive Phonak Digital by looking at the fitting session history. This sets the foundation for a more individualized initial fit and leverages all the benefits of AutoSense OS™ for your client.

The experience level has an influence on the hearing aids' global gain settings. The global gain settings can be adjusted under [Global tuning].

PH_DesktopFittingGuide_Target-10.0-Step-by-step_210x297_EN_029-1387-02.pdf (pg 10)

## How it works

AutoSense OS has been trained with artificial intelligence-based machine learning to accurately identify a sound environment. It orchestrates the numerous comfort and speech understanding features in Lumity to adapt to the listener's personal sound environment.

## Products that feature AutoSense OS 5.0

**Audeo Lumity →**

## Main features

- Maintains natural sound of speech
- Adapts to different environments to help focus on conversations
- Improves the listening experience when streaming media

https://www.phonak.com/en-sg/professionals/innovations#accordion-35c5a5b17d-item-11eeaa1317

</td></tr>
</table>

| Claim Language | Accused Instrumentality |
|---|---|
| | |




| | Premium | Advanced | Standard | Essential | Low Essential |
|---|---|---|---|---|---|
| AutoSense OS™ 5.0: | | | | | |
| Comfort in Echo ▶ | • | | | | |
| Speech in Car ▶ | • | | | | |
| Speech in Loud Noise ▶ | • | | | | |
| Music ▶ | • | • | | | |
| Comfort in Noise ▶ | • | • | • | | |
| Speech in Noise ▶ | • | • | • | • | • |
| Calm Situation ▶ | • | • | • | • | • |
| Media speech + mic | • | • | • | • | • |
| Media music + mic | • | • | • | • | |

https://www.phonakpro.com/il/en/products/hearing-aids/audeo-lumity/features-audeo-lumity.html




https://www.phonak.com/en-us/hearing-devices/hearing-aids/audeo-lumity/features

| Claim Language | Accused Instrumentality |
| --- | --- |
| | PHONAK<br>life is on<br><br>Speech in noise<br>Adapts and reduces noise from behind in real time and applies and optimizes the signal-to-noise ratio (SNR) in noisy environments.<br><br>https://www.phonak.com/en-us/hearing-devices/hearing-aids/audeo-lumity/features<br><br>"… **second tuning data generated based on a defined tuning value associated with a second user identity that is different than a first user identity**"<br><br>For example, clinicians generate user specific data via the Phonak Target interface ("tuning process for a first user identity"). The device concurrently employs factory-installed fitting formulas like APD 3.0 and sound-class presets ("defined tuning value associated with a second identity"). |

| Claim Language | Accused Instrumentality |
|---|---|
| | (see below) |

Phonak Audéo™ Lumity

Overview | Features | Literature | Smartspeech Technology

| | Premium | Advanced | Standard | Essential | Low Essential |
|---|---|---|---|---|---|
| AutoSense OS™ 5.0: | | | | | |
| Comfort in Echo ▶ | • | | | | |
| Speech in Car ▶ | • | | | | |
| Speech in Loud Noise ▶ | • | | | | |
| Music ▶ | • | • | | | |
| Comfort in Noise ▶ | • | • | • | | |
| Speech in Noise ▶ | • | • | • | • | • |
| Calm Situation ▶ | • | • | • | • | • |
| Media speech + mic | • | • | • | • | • |
| Media music + mic | • | • | • | • | |

https://www.phonakpro.com/il/en/products/hearing-aids/audeo-lumity/features-audeo-lumity.html

**How it works**

AutoSense OS has been trained with artificial intelligence-based machine learning to accurately identify a sound environment. It orchestrates the numerous comfort and speech understanding features in Lumity to adapt to the listener's personal sound environment.

**Products that feature AutoSense OS 5.0**

Audeo Lumity →

**Main features**

- Maintains natural sound of speech
- Adapts to different environments to help focus on conversations
- Improves the listening experience when streaming media

https://www.phonak.com/en-sg/professionals/innovations#accordion-35c5a5b17d-item-11eeaa1317

| Claim Language | Accused Instrumentality |
| --- | --- |
| | **AutoSense OS: What makes it special?**<br>AutoSense OS is founded on over 2 decades of continuous innovation in machine learning using real-world sound recordings. It orchestrates the numerous comfort and speech understanding features in Phonak hearing aids to adapt to a hearing aid wearer's personal environment.<br><br>The algorithms allow the system to learn the most appropriate settings in a broad range of acoustical environments. It then classifies sound to automatically adjust (and blend) the settings, depending on the environment.<br><br>The latest operating system, AutoSense OS 5.0, has further improvements in speech understanding and comfort.<br><br>As your clients move through different listening environments throughout the day, it is important to have an automatic operating system that can adapt and deliver a seamless listening experience, with speech understanding and comfort in mind.<br><br>https://audiologyblog.phonakpro.com/autosense-os-3-real-world-problems-it-solves/<br><br>These adjustments occur across the 20 fine-tuning channels, which constitute the "plurality of filter bands associated with a digital transformation."<br><br><br><br>https://www.phonak.com/en-us/hearing-devices/hearing-aids/audeo-lumity/features |