# Exhibit 8

U.S. Patent No. 10,347,232

Title: Multi-sensor signal optimization for speech communication

Accused Instrumentality: Phonak Audeo Lumity (L90)

<table>
<tr><th>Claim Language</th><th>Accused Instrumentality</th></tr>
<tr><td>1. A system comprising:<br><br>a sensor component comprising acoustic sensors configured to detect sound and generate, based on the sound, respective sound information corresponding to respective microphones of the acoustic sensors; and</td><td>The Phonak Audeo Lumity (L90) comprises a sensor component comprising acoustic sensors configured to detect sound and generate, based on the sound, respective sound information corresponding to respective microphones of the acoustic sensors.<br><br>The Phonak Audeo Lumity (L90) comprises a multi-microphone array and integrated motion sensors configured to capture environmental sounds and movement data.<br><br>

<br>https://www.phonak.com/en-us/hearing-devices/hearing-aids/audeo-lumity</td></tr>
</table>

| Claim Language | Accused Instrumentality |
| --- | --- |
| | Each microphone (“acoustic sensor”) in the Lumity array detects sound and generates a distinct data stream (“respective sound information”) based on the sound. Additionally, the integrated accelerometer provides motion data used for signal steering.<br><br>PHONAK<br>life is on<br><br>**How it works**<br><br>AutoSense OS 5.0 continuously scans the environment to adjust the hearing aids to meet the needs of the wearer. Depending on the situation, Phonak hearing aids have a variety of programs that can be activated to optimize hearing in noise by reducing listening effort[1], improving speech understanding[1], and increasing environmental awareness.<br><br>**Products that feature Directionality & Noise Reduction**<br><br>**Audeo Lumity →**<br><br>**Main features**<br><br>• Dynamic Noise Cancellation is a spatial noise canceller that works in combination with directional microphones to make it easier to hear in noise.[1]<br>• Motion Sensor Hearing detects when the wearer is moving to optimize hearing in noise on the go.<br>• SpeechSensor detects the main speech source and adjusts the microphone mode accordingly to ensure better access to speech from the sides and back.[1]<br>• StereoZoom 2.0 is a binaural adaptive directional microphone system that offers greater focus on speech from the fro noisy environments.<br><br>https://www.phonak.com/en-int/professionals/innovations#accordion-3d9c727f99-item-e9da3bed89 |

| Claim Language | Accused Instrumentality |
|---|---|
| | **Products that feature Directionality & Noise Reduction**<br><br>**Audeo Lumity →**<br><br>**Main features**<br><br>• Dynamic Noise Cancellation is a spatial noise canceller that works in combination with directional microphones to make it easier to hear in noise.[1]<br>• Motion Sensor Hearing detects when the wearer is moving to optimize hearing in noise on the go.<br>• SpeechSensor detects the main speech source and adjusts the microphone mode accordingly to ensure better access to speech from the sides and back.[1]<br>• StereoZoom 2.0 is a binaural adaptive directional microphone system that offers greater focus on speech from the fro[...] noisy environments.<br><br>https://www.phonak.com/en-int/professionals/innovations#accordion-3d9c727f99-item-e9da3bed89<br><br>Phonak Audeo Lumity Rechargeable – What's New?<br><br>• SmartSpeech Technology – automatically adjusts microphone modes to ensure more access to speech from the side and the back. It also improves focus in noise.<br>• StereoZoom 2.0 (only available in L90 and L70 models)- which enhances speech; When using the myPhonak app, you can take control of how much focus should be in front of you, especially in challenging environments. It is designed to balance audibility, loudness and sound quality.<br>• Speech Sensor (only available in L90 models)– locates where speech comes from.<br><br>Phonak Audeo Lumity Rechargeable – Still includes the following:<br><br>• Motion Sensing – accelerometers in the hearing aids detect when you are moving and adjust the microphones accordingly.<br>• Speech Enhancer(only available in L90 models) – amplifies soft speech sounds when you are in a quiet listening environment.<br>• Tap Controls(only available in L90 and L70 models) – double-tapping the hearing aids allows you accept phone calls and switch between streaming TV, music, Siri, Alexa, etc.<br>• Dynamic Noise Cancellation(only available in L90 and L70 models) – uses spatial cues to reduce loud, annoying sounds.<br>• Multiple Simultaneous Bluetooth Connections – you can pair Lumity hearing aids with up to 8 different device and have up to 2 different active connections at the same time, making switching devices easy. |

| Claim Language | Accused Instrumentality |
|---|---|
| | https://idealhearingaids.com/hearing-aids/phonak/audeo-lumity-90-rechargeable/#:~:text=Phonak%20Audeo%20Lumity%20Rechargeable%20%E2%80%93%20Still%20includes,you%20are%20in%20a%20quiet%20listening%20environment.<br><br>The device features a multi-microphone system that generates independent data streams for processing. Features like SpeechSensor monitor these streams to identify the direction of speech.<br><br><br><br>https://www.phonak.com/en-sg/hearing-devices/hearing-aids/audeo-lumity |

<table>
<tr><th>Claim Language</th><th>Accused Instrumentality</th></tr>
<tr><td></td><td>PHONAK<br>life is on<br><br>How it works<br><br>AutoSense OS 5.0 continuously scans the environment to adjust the hearing aids to meet the needs of the wearer. Depending on the situation, Phonak hearing aids have a variety of programs that can be activated to optimize hearing in noise by reducing listening effort, improving speech understanding, and increasing environmental awareness.<br><br>Products that feature Directionality & Noise Reduction<br><br>Audeo Lumity →<br><br>Main features<br><br>• Dynamic Noise Cancellation is a spatial noise canceller that works in combination with directional microphones to make it easier to hear in noise.<br>• Motion Sensor Hearing detects when the wearer is moving to optimize hearing in noise on the go.<br>• SpeechSensor detects the main speech source and adjusts the microphone mode accordingly to ensure better access to speech from the sides and back.<br>• StereoZoom 2.0 is a binaural adaptive directional microphone system that offers greater focus on speech from the fro noisy environments.<br><br>https://www.phonak.com/en-int/professionals/innovations#accordion-3d9c727f99-item-e9da3bed89</td></tr>
<tr><td>an audio processing component configured to:<br><br>based on the respective sound information and a spatial filter corresponding to the acoustic sensors, generate filtered sound information; and</td><td>The Phonak Audeo Lumity (L90) comprises an audio processing component configured to, based on the respective sound information and a spatial filter corresponding to the acoustic sensors, generate filtered sound information.<br><br>The Lumity platform uses AutoSense OS 5.0 and the PRISM/ERA chips to perform real-time signal selection and adjustment. The Phonak Audeo Lumity (L90) is configured to apply biaural beamforming (StereoZoom 2.0) as a spatial filter to isolate speech signals.<br><br>Processing Technology and Features<br><br>Phonak hearing aids offer double the memory and more connectivity possibilities while using low power consumption thanks to their Processing Real-time Intelligent Sound Management (PRISM) chip.<br><br>Thirty models of hearing aids and 20 wireless accessories for hearing aids are available from Phonak in order to cover all types and severities of hearing loss. The company was the first to offer universal Bluetooth compatibility and extended-wear Lyric hearing aids.<br><br>Better hearing in noisy environments, reduced wind noise, and enhanced phone conversations are all possible thanks to their Binaural VoiceStream TechnologyTM.<br><br>Phonak's ultra-low power motion tri-axial accelerometer makes them easier to use and enhances hearing performance using directionality and noise reduction, SoundRecover2, and Speech Enhancer with lower battery consumption.<br><br>https://thehearingcentermcc.com/manufacturers/phonak-hearing-aids</td></tr>
</table>

| Claim Language | Accused Instrumentality |
| --- | --- |
| | <br>https://onlinehearing.com/products/phonak-audeo-l-312-lumity-l90-hearing-aids-stream-android-iphone#:~:text=Sound%20processing%20chip%20PRISM%E2%84%A2,power%20consumption%20than%20its%20predecessor. |

| Claim Language | Accused Instrumentality |
|---|---|
| | PHONAK life is on<br>**How it works**<br>AutoSense OS 5.0 continuously scans the environment to adjust the hearing aids to meet the needs of the wearer. Depending on the situation, Phonak hearing aids have a variety of programs that can be activated to optimize hearing in noise by reducing listening effort[1], improving speech understanding[1], and increasing environmental awareness.<br>**Products that feature Directionality & Noise Reduction**<br>**Audeo Lumity →**<br>**Main features**<br>• Dynamic Noise Cancellation is a spatial noise canceller that works in combination with directional microphones to make it easier to hear in noise.[1]<br>• Motion Sensor Hearing detects when the wearer is moving to optimize hearing in noise on the go.<br>• SpeechSensor detects the main speech source and adjusts the microphone mode accordingly to ensure better access to speech from the sides and back.[1]<br>• StereoZoom 2.0 is a binaural adaptive directional microphone system that offers greater focus on speech from the fro noisy environments.<br><br>https://www.phonak.com/en-int/professionals/innovations#accordion-3d9c727f99-item-e9da3bed89 |

| Claim Language | Accused Instrumentality |
|---|---|
| | <br><br>https://www.phonak.com/en-sg/hearing-devices/hearing-aids/audeo-lumity<br><br>The processor uses the “respective sound information” from the microphones and applies a “spatial filter” (the beamformer) to generate a directional, “filtered sound signal” that prioritizes speech. For example, StereoZoom 2.0 and UltraZoom act as spatial filters that “focus a narrow microphone beam” to generate “filtered sound information” (the focused signal). |

| Claim Language | Accused Instrumentality |
|---|---|
| | **What makes Phonak directionality and noise reduction features special?**<br><br>• **SpeechSensor**<br>This automatic feature accurately detects the direction of speech to better understand speech from the side or back in noisy environments. A study showed 15% better speech understanding with SpeechSensor when speech is from the side/behind.[3]<br><br>• **StereoZoom 2.0**<br>This feature improves focus in noise or spatial awareness depending on the environment. It is a narrow binaural directional microphone mode launched with Phonak Audéo Lumity. A study showed 16% better speech understanding with StereoZoom 2.0, relative to fixed directional, for speech coming from the front.[3]<br><br>• **Motion Sensor Hearing (MSH)**<br>This feature uses a 3D motion sensor that detects movement and supports speech understanding in challenging environments (e.g., noisy), when on the move. A study compared the experience of a short walk with a conversation partner along a busy street, with and without MSH.[4] They found that 73% preferred MSH for speech understanding, 78% for environmental awareness and 71% for overall listening experience.<br><br>• **Dynamic Noise Cancellation**<br>This spatial noise cancellation system works in combination with directional microphones. This feature has been found to reduce listening effort in noise.[5]<br><br>https://audiologyblog.phonakpro.com/directionality-and-noise-reduction-features-3-real-world-problems-they-solve/ |

| Claim Language | Accused Instrumentality |
|---|---|
| | This is also the case in challenging listening environments.<br><br>**SpeechSensor:** This is a sophisticated algorithm that accurately pinpoints the main speech signal's direction.<br><br>Offering a 15% enhancement in speech understanding and an 11% reduction in listening fatigue.<br><br>**StereoZoom 2.0:** This feature dynamically adjusts focus strength as ambient noise escalates, ultimately enhancing the signal-to-noise ratio by 2.5 dB.<br><br>**Other features of the Slim L90 hearing aids**<br><br>https://www.hearingshop.co.uk/hearing-aids/phonak/phonak-slim-l90/<br><br><br><br>UltraZoom<br><br>Directional microphone technology is a proven method of effectively improving speech intelligibility in background noise. UltraZoom is the adaptive multi-channel beamforming technology, automatically available in AutoSense OS or in a manual program.<br><br>https://www.phonak.com/en-us/hearing-devices/hearing-aids/audeo-lumity/features |

| Claim Language | Accused Instrumentality |
| --- | --- |
| based on a determination of respective noise levels for the respective sound information and the filtered sound information, generate output sound information. | The Lumity processor determines noise levels for both the ambient environment and the filtered directional beam to optimize the final audio output.<br><br>For example, the system implements Dynamic Noise Cancellation (DNC), which adjusts the output based on noise levels detected in the original sound info and the filtered beamformer info.<br><br><br>**AutoSense OS 5.0:**<br>Developed with artificial intelligence, AutoSense OS 5.0 is the perfect orchestration of features for the ideal personalized experience in any sound environment. AutoSense OS 5.0 blends the right combination of sound processing features to support a variety of end-user communication needs and lifestyles. **New features include: Speech Enhancer, Dynamic Noise Cancellation and Motion Sensor Hearing.**<br>**Speech Enhancer**<br>An adaptive feature that is designed to enhance the peaks of speech signal in quiet situations. Lumity wearers will experience reduced listening effort in quiet[1].<br>Independent research has found that reducing listening effort may free up cognitive resources for purposes other than listening.[2]<br>**Dynamic Noise Cancellation**<br>Lumity wearers can benefit from reduced listening effort in noise thanks to Dynamic Noise Cancellation. This spatial noise cancellation system works in combination with a directional beamformer.<br>**Motion Sensor Hearing**<br>Detects if the Lumity user is stationary or moving, plus how noisy the surroundings are. And together with AutoSense OS, steer the microphone mode for more environmental awareness.<br><br>https://onlinehearing.com/products/phonak-audeo-l-312-lumity-l90-hearing-aids-stream-android-iphone#:~:text=Sound%20processing%20chip%20PRISM%E2%84%A2,power%20consumption%20than%20its%20predecessor. |

| Claim Language | Accused Instrumentality |
| --- | --- |
| | **What makes Phonak directionality and noise reduction features special?**<br>• **SpeechSensor**<br>This automatic feature accurately detects the direction of speech to better understand speech from the side or back in noisy environments. A study showed 15% better speech understanding with SpeechSensor when speech is from the side/behind.[3]<br>• **StereoZoom 2.0**<br>This feature improves focus in noise or spatial awareness depending on the environment. It is a narrow binaural directional microphone mode launched with Phonak Audéo Lumity. A study showed 16% better speech understanding with StereoZoom 2.0, relative to fixed directional, for speech coming from the front.[3]<br>• **Motion Sensor Hearing (MSH)**<br>This feature uses a 3D motion sensor that detects movement and supports speech understanding in challenging environments (e.g., noisy), when on the move. A study compared the experience of a short walk with a conversation partner along a busy street, with and without MSH.[4] They found that 73% preferred MSH for speech understanding, 78% for environmental awareness and 71% for overall listening experience.<br>• **Dynamic Noise Cancellation**<br>This spatial noise cancellation system works in combination with directional microphones. This feature has been found to reduce listening effort in noise.[5]<br><br>https://audiologyblog.phonakpro.com/directionality-and-noise-reduction-features-3-real-world-problems-they-solve/ |

| Claim Language | Accused Instrumentality |
| --- | --- |
| | <br><br>https://www.phonak.com/en-sg/hearing-devices/hearing-aids/audeo-lumity<br><br>DNC "works in combination with a directional beamformer" (the spatial filter). The system "determines the noise level of the surrounding environment" and adapts the microphone mode and DNC settings to generate the final "output sound information" with the best possible "signal to noise ratio" (SNR). |